UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
JAMES RICKS,                    :
                                :   07 Civ. 9849 (WHP)(JCF)
                Plaintiff,      :
                                :   ORDER OF REFERENCE TO
                                :   MAGISTRATE JUDGE
        -against-               :
                                :
OFFICER JOHN DOE, et al.,       :
                                :
                Defendants.     :
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/07

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

__X__  General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____  Specific Non-Dispositve Motion/Dispute:*
       _____
       _____

       If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____  Settlement*

_____  Inquest After Default/Damages Hearing

_____  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

       Purpose:_____

_____  Habeas Corpus

_____  Social Security

_____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

       Particular Motion:_____

       _____
       All such motions: _____

===========================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  December 18, 2007
        New York, New York

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        WILLIAM H. PAULEY III

*Copy mailed to:*

James Ricks
241-06-08006
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*