```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
JAMES RICKS,                  :
                              :    07 Civ. 9849 (WHP)(JCF)
                Plaintiff,    :
                              :    ORDER
        -against-             :
                              :
OFFICER JOHN DOE, et al.,     :
                              :
                Defendants.   :
------------------------------x

WILLIAM H. PAULEY III, District Judge:

By application dated April 19, 2008, Plaintiff <u>Pro Se</u> James Ricks requests appointment of counsel. This case was assigned to this Court following Plaintiff's filing of a complaint on November 7, 2007.

Unlike criminal defendants, indigents filing civil actions have no constitutional right to counsel. However, 28 U.S.C. § 1915(e)(1) provides that the court may request an attorney to represent any person unable to afford counsel. In determining whether to grant Plaintiff's request for counsel, this Court must consider:

> the merits of plaintiff's case, the plaintiff's ability to pay for
> private counsel, his efforts to obtain a lawyer, the availability
> of counsel, and the plaintiff's ability to gather the facts and
> deal with the issues if unassisted by counsel.

<u>Cooper v. A. Sargenti Co.</u>, 877 F.2d 170, 172 (2d Cir. 1989). As a threshold matter, Plaintiff must demonstrate that his claim has substance or a likelihood of success. <u>See</u> <u>Hodge v. Police Officers</u>, 802 F.2d 58, 61 (2d Cir. 1986). In addition, in reviewing a request for counsel, the court must be cognizant of the fact that volunteer attorney time is a precious commodity, and thus should not grant appointment of counsel indiscriminately. <u>Cooper</u>, 877 F.2d at 172.

A more fully developed record will be necessary before this Court can determine if Plaintiff's chances of success warrant the appointment of counsel. Therefore, Plaintiff's application is denied without prejudice to its renewal at such time as the existence of potentially meritorious claims may be demonstrated.

This Court reminds Plaintiff that the Pro Se Office is a valuable resource in assisting litigants, such as Plaintiff, who proceed in federal court without the assistance of counsel. The Pro Se Office may be contacted at:

>Pro Se Office
>Southern District of New York
>500 Pearl Street, Rm. 230
>New York, New York 10007
>(212) 805-0175

Dated: May 9, 2008
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

James Ricks
241-06-08006
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*