

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRADFORD C. PATRICK**
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

**MEMO ENDORSED**

July 17, 2008

BY HAND
Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Ricks v. O'Hanlon, et al., 07 CV 9849 (WHP)(JCF)

Dear Judge Pauley:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant Bronx County District Attorney Robert Johnson in the above-referenced matter. As Your Honor may recall, the undersigned recently objected, by letter dated June 19, 2008, to an Order of the Honorable James C. Francis IV, denying this office's request for a stay of this matter while the criminal prosecution of plaintiff was pending. I am writing to inform the Court that, on information and belief, plaintiff recently pled guilty to reckless endangerment in Bronx County Supreme Court in connection with the arrest that is the subject of this action. Accordingly, a stay of this matter is no longer necessary and defendant respectfully withdraws the June 19, 2008 application to the Court.

      Thank you for your consideration in this regard.

Respectfully submitted,

*/s/ Bradford C. Patrick/*
Bradford C. Patrick
Assistant Corporation Counsel

*Application granted.*
SO ORDERED:
*/s/ William H. Pauley III/*
WILLIAM H. PAULEY III U.S.D.J.
7/18/08

cc: <u>BY HAND</u>
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>BY MAIL</u>
James Ricks, #241-06-08006
Plaintiff <u>Pro Se</u>
Otis Bantum Correctional Center
1600 Hazen St.
East Elmhurst, NY 11370