```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
James Ricks,                            :
                                        :
                    Plaintiff,          :
                                        :   07 Civ. 09849 (WHP) (JCF)
         - against -                    :
                                        :
Officer John Doe, et al.                :   ORDER
                                        :
                    Defendant.          :
                                        :
- - - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on August 5, 2008, it is hereby ORDERED as follows:

1. All discovery shall be completed by January 30, 2009.

2. The pretrial order shall be submitted by February 27, 2009 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

_____
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 6, 2008

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

07 Civ 09849 (WHP)(JCF)
- page 2 -

Copies mailed this date:

    James Ricks
    No. 08 A 4020
    Downstate Correctional Facility
    122 Red Schoolhouse Road
    P.O. Box 445
    Fishkill, NY 12524-0445

    Bradford C. Patrick, Esq.
    Assistant Corporation Counsel
    100 Church Street
    New York, NY 10007

Case 1:07-cv-09849-WHP-JCF   Document 18   Filed 08/06/2008   Page 2 of 2