USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES RICKS,                              :
                                          :        07 Civ. 9849 (WHP)(JCF)
                    Plaintiff,            :
                                          :        ORDER
          -against-                       :
                                          :
ROBERT JOHNSON,                           :
District Attorney, Bronx County, et al.,  :
                                          :
                    Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIAM H. PAULEY III, District Judge:

          A final pretrial conference shall take place March 6, 2009 at 11:00 a.m.

Dated: August 22, 2008
       New York, New York

                                          SO ORDERED:


                                          _____
                                          WILLIAM H. PAULEY III
                                          U.S.D.J.


*Copies mailed to:*

James Ricks
241-06-08006
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*

Bradford Collins Patrick, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*