USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JAMES RICKS,

                                            Plaintiff,

                       -against-

P.O. BRIAN O'HANLON SHIELD #10952, 4 to 12 p.m.,
P.O. JEREMY RODRIGUEZ, SHIELD 24012, P.O.
KEVIN CASEY, SHIELD 31518, DISTRICT
ATTORNEY OFFICE BRONX ROBRET JOHNSON,

                                            Defendants.

------------------------------------------------------------------ X

**STIPULATION TO WITHDRAW FALSE ARREST AND MALICIOUS PROSECUTION CLAIMS**

07 CV 9849 (WHP)(JCF)

      **WHEREAS,** plaintiff James Ricks commenced this action by filing a Complaint on or about November 7, 2007, and an Amended Complaint on or about December 13, 2007, alleging that defendants violated his rights under Federal and State law;

      **WHEREAS,** plaintiff pled guilty to the crime of reckless endangerment for conduct associated with the June 13, 2006 arrest that is the subject of this lawsuit;

      **IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiff pro se James Ricks and the attorney for defendants District Attorney Johnson, Police Officer O'Hanlon and Police Officer Rodriguez, that all State and Federal claims of false arrest and

malicious prosecution that could be construed to be alleged in the amended complaint are withdrawn with prejudice.

Dated: New York, New York
_1/12/08_, 2008

| | |
|---|---|
| James Ricks, DIN 08-A-4020<br>Plaintiff Pro Se<br>Downstate Correctional Facility<br>122 Red Schoolhouse Road<br>P.O. Box F<br>Fishkill, NY 12524<br><br>By: _James Ricks_<br>James Ricks<br>Plaintiff Pro Se | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants Johnson, O'Hanlon<br>and Rodriguez<br>100 Church Street<br>New York, New York 10007<br>(212) 788-1575<br><br>By: _Bradford C. Patrick_<br>Bradford C. Patrick<br>Assistant Corporation Counsel |

SO ORDERED:

_____           1/30/09
UNITED STATES DISTRICT JUDGE              Date