USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JAMES RICKS,

        Plaintiff,

-against-

POLICE OFFICER BRIAN O'HANLON,
et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

07 Civ. 9849 (WHP)(JCF)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff pro se and counsel for Defendants having appeared for a pre-motion conference on April 24, 2009, the following schedule is established on consent:

1. Defendants shall serve and file their motion for summary judgment by June 19, 2009;

2. Plaintiff shall serve and file his opposition to the motion by July 31, 2009; and

3. Defendants shall serve and file any reply by August 11, 2009.

        For the reasons set forth on the record on April 24, 2009, District Attorney Robert Johnson is dismissed from this action.

Dated: April 28, 2009
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                  U.S.D.J.

*Copies mailed to:*

James Ricks
241-06-08006
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*

Bradford Collins Patrick, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*