USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

JAMES RICKS,

           Plaintiff,

-against-

P.O. BRIAN O'HANLON SHIELD 10952, 4 to 12 PM,
P.O. JEREMY RODRIGUEZ, SHIELD 24012, 4 to 12
PM, P.O. KEVIN CASEY, SHIELD 3158,

           Defendants.

-------------------------------------------------------------------x

**REVISED SCHEDULING ORDER**

07 CV 9849 (WHP)(JCF)

WILLIAM H. PAULEY III, District Judge:

    Defendants having requested leave for a modification of this Court's April 28, 2009 Scheduling Order,

    **IT IS HEREBY ORDERED** that the following schedule is established:

(1) Defendants shall serve and file their motion for summary judgment by June 26, 2009;

(2) Plaintiff shall serve and file his opposition to the motion by August 7, 2009; and

(3) Defendants shall serve and file any reply by August 18, 2009.

Dated: New York, New York
    June 23, 2009

           SO ORDERED:

           _____
           WILLIAM H. PAULEY III, U.S.D.J.