```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
JAMES RICKS,                          : 07 Civ. 9849 (WHP) (JCF)
                                      :
            Plaintiff,                :        O R D E R
                                      :
    - against -                       :
                                      :
ROBERT JOHNSON, District Attorney,    :
Office Bronx; P.O. BRIAN O'HANLON,    :
#10952; P.O. JEREMY RODRIGUEZ,        :
#24012; P.O. KEVIN CASEY, #31518;     :
                                      :
            Defendants.               :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

Defendants' motion for summary judgment having been granted in part and denied in part, it is hereby ORDERED that a pretrial order in the form required by the Honorable William H. Pauley III, U.S.D.J., be submitted by February 22, 2010.

SO ORDERED.

*(signature)*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          January 21, 2010

Copies mailed this date:

James Ricks
08-A-4020
Bare Hill Correctional Facility
Caller Box 20, 181 Brand Road
Malone, New York 12593

Bradford C. Patrick, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/10