UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
JAMES RICKS,                  :
                              :
              Plaintiff,      :    07 Civ. 9849 (WHP)
                              :
       -against-              :    ORDER
                              :
P.O. BRIAN O'HANLON,          :
SHIELD 10952, et al.,         :
                              :
              Defendants.     :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/17/2010

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to terminate all motions pending as of this date and mark this case closed.

Dated:   May 17, 2010
         New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Susan Lee Shin, Esq.
Arnold & Porter
399 Park Avenue
New York, NY 10022
*Counsel for Plaintiff*

Bradford Collins Patrick, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendant*